FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 0 8 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Ahmad Sattar
Unit 32a 228 Birmingham Road, Bromsgrove, Worcestershire, B61 0DD
Telephone: +447474755555
Email: Ma@cloudelaw.co.uk
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**

for the
**District of Arizona**
Phoenix Division

---

**AHMAD SATTAR,**
Plaintiff,

v.

**JAN FELIX GOYVAERTS, an individual; and**
**JUST GREAT SOFTWARE CO. LTD,**
Defendants.

---

**Case No. CV26-06308-PHX-ASB**

**NOTICE OF FILING FIRST AMENDED COMPLAINT**

Pursuant to Rule 15.1(b) of the Local Rules of Civil Procedure for the District of Arizona, Plaintiff gives notice of the filing of his First Amended Complaint for Declaratory and Injunctive Relief, filed concurrently herewith.

The First Amended Complaint is filed as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1). No defendant has been served with the summons and original Complaint, no defendant has appeared, and no responsive pleading or motion

under Rule 12(b), (e) or (f) has been served. The period within which an amendment may be made as of course has therefore not expired.

A version of the First Amended Complaint indicating in what respect it differs from the pleading which it amends is attached as Exhibit A. Because the First Amended Complaint has been substantially rewritten rather than amended in part, the text of the original Complaint that has been deleted is shown struck through, and the text of the First Amended Complaint, which is added in its entirety, is shown underlined.

The substantive changes effected by the First Amended Complaint are:

(a) the plaintiff is amended from Enzipe UK Limited to Ahmad Sattar, an individual, who is the registrant of the disputed domain name;

(b) the statutory basis of the claim is stated as 15 U.S.C. § 1114(2)(D)(v) and 28 U.S.C. §§ 2201–2202;

(c) allegations of subject matter jurisdiction, personal jurisdiction and venue are added;

(d) the factual allegations are set out in numbered paragraphs in the third person;

(e) the counts are separately pleaded; and

(f) the request for relief directed to a non-party registrar is withdrawn and replaced with a request for relief against Defendants under 15 U.S.C. § 1114(2)(D)(v).

Dated: 07 September 2026

Ahmad Sattar
Plaintiff, Pro Se

**CERTIFICATE OF SERVICE**

No defendant has been served or has appeared in this action. A copy of this Notice, the First Amended Complaint and Exhibit A will be served on each Defendant together with the summons in accordance with Federal Rule of Civil Procedure 4.

Ahmad Sattar

# EXHIBIT A

# UNITED STATES DISTRICT COURT

for the

District of Arizona

Pheonix Division

Ahmad Sattar
Unit 32a 228 Birmingham Road,
Bromsgrove, Worcestershire, B61 0DD

~~Enzipe Uk Limited 71-75 Shelton Street Covent Garden London WC2H 9JQ~~

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

Jan Felix Goyvaerts
Just Great Software Co. Ltd
165/3 Moo 2, Rawal Phuket 83130

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. CV-26-06308-PHX-ASB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ~~Enzipe Uk Limited~~ Ahmad Sattar |
| Street Address | ~~71-75 Shelton Street Covent Garden~~ Unit 32a 228 Birmingham Road, |
| City and County | Bromsgrove, Worcestershire, |
| State and Zip Code | ~~London WC2H 9JQ~~ B61 0DD |
| Telephone Number | |
| E-mail Address | ma@cloudelaw.co.uk |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jan Felix Goyvaerts |
| Job or Title *(if known)* | 165/3 Moo 2, Rawal Phuket 83130 |
| Street Address | |
| City and County | |
| State and Zip Code | Phuket 83130 jg@jgsoft.com |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Just Great Software Co. Ltd |
| Job or Title *(if known)* | |
| Street Address | 165/3 Moo 2, Rawal |
| City and County | |
| State and Zip Code | Phuket 83130 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)* ______________________________

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

~~15 U.S.C. § 1114 and 15 U.S.C. § 1125(d) - Anticybersquatting Consumer Protection Act (ACPA) seeking a Declaratory Judgment of Non-Infringement.~~

U.S.C. § 1114(2)(D)(v) — civil action by a domain name registrant whose domain name has been transferred under a registrar's 15 dispute resolution policy, to establish that the registration or use of the domain name is not unlawful under the Lanham Act, 15 U.S.C. § 1051 et seq. 28 U.S.C. §§ 2201–2202 — Declaratory Judgment Act. 15 U.S.C. § 1119 — power of the court to determine the right to registration and to order cancellation. Jurisdiction arises under 28 U.S.C. § 1331, 28 U.S.C. § 1338(a) and 15 U.S.C. § 1121. Venue is proper under 28 U.S.C. § 1391(b)(2) and § 1391(c)(3). Defendants are subject to the personal jurisdiction of this Court by reason of their submission to Mutual Jurisdiction under paragraph 3(b)(xiii) of the Rules for Uniform Domain Name Dispute Resolution Policy, the registrar of record being GoDaddy.com, LLC, whose principal office is in Tempe, Arizona

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* ____________________, is a citizen of the State of *(name)* ____________________.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* ____________________, is incorporated under the laws of the State of *(name)* ____________________, and has its principal place of business in the State of *(name)* ____________________.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

The defendant, *(name)* ____________________, is a citizen of the State of *(name)* ____________________. Or is a citizen of *(foreign nation)* ____________________.

b. If the defendant is a corporation

The defendant, *(name)* ____________________, is incorporated under the laws of the State of *(name)* ____________________, and has its principal place of business in the State of *(name)* ____________________. Or is incorporated under the laws of *(foreign nation)* ____________________, and has its principal place of business in *(name)* ____________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

~~1. "I am the legitimate owner of the domain name Editpad.org."~~
~~2. "I registered and used this domain name in good faith to operate my business, which is named Editpad."~~
~~3. "The Defendant initiated a UDRP dispute against me and falsely claimed I am cybersquatting. The UDRP panel ruled against me."~~
~~4. "I am filing this action under the ACPA to prove my business has a lawful, legitimate right to the domain name and that I did not register it in bad faith."~~

1. Plaintiff Ahmad Sattar is the registrant of record of the domain name <editpad.org> (the "Domain Name").

2. The Domain Name was first created on 30 November 2006. Plaintiff acquired the Domain Name, together with the website

3. Since that acquisition Plaintiff has operated at the Domain Name an online text editing and notepad service available to members of the public.

4. Defendant Jan Felix Goyvaerts is the proprietor of United States trademark registration number 7947610 for the word mark EDITPAD in class 9, applied for on 13 January 2025 and registered on 16 September 2025. That registration is not incontestable within the meaning of 15 U.S.C. § 1065.

5. The term "editpad" is a compound of the ordinary English words "edit" and "pad" and is descriptive of online text editing goods and services.

6. On 2 July 2026 Defendant Goyvaerts commenced a proceeding under the Uniform Domain Name Dispute Resolution Policy (the "Policy") in respect of the Domain Name, administered by the Czech Arbitration Court Arbitration Center for Internet Disputes as Case No. CAC-UDRP-108805.

7. On 21 August 2026 the panel issued a decision ordering the Domain Name to be transferred to Defendant Goyvaerts. That decision is an administrative determination made on the papers by a private dispute resolution provider. It is not a judicial determination, has no preclusive effect in this Court, and this action proceeds de novo.

8. On [DATE] Plaintiff notified the registrar of the commencement of this action in accordance with paragraph 4(k) of the Policy.

9. Plaintiff has given Defendants notice of this action as required by 15 U.S.C. § 1114(2)(D)(v).

COUNT I — Declaratory relief under 15 U.S.C. § 1114(2)(D)(v)

10. Plaintiff repeats paragraphs 1 to 9. The Domain Name has been ordered transferred under a policy implemented by a registrar within the meaning of 15 U.S.C. § 1114(2)(D)(ii)(II), and Plaintiff is the registrant within the meaning of 15 U.S.C. § 1114(2)(D)(v).

11. Plaintiff's registration and use of the Domain Name is not unlawful under the Lanham Act. Plaintiff acquired the Domain Name for value and has used it for a genuine online text editing service. Plaintiff did not acquire or use the Domain Name with a bad faith intent to profit from any mark of Defendants within the meaning of 15 U.S.C. § 1125(d)(1)(A), and did not acquire or use it with intent to divert consumers, to sell it to Defendants, or to trade on Defendants' goodwill.

COUNT II — Declaratory judgment of non-infringement and non-cybersquatting

12. Plaintiff repeats paragraphs 1 to 11. An actual and continuing controversy of sufficient immediacy exists between the parties as to whether Plaintiff's registration and use of the Domain Name infringes any mark of Defendants under 15 U.S.C. §§ 1114 and 1125(a) or violates 15 U.S.C. § 1125(d)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

~~"I request a Declaratory Judgment stating that my registration and use of the domain name Editpad.org is lawful and does not infringe upon any trademark rights of the Defendant. I request that the court order the domain registrar (GoDaddy) to cancel the UDRP transfer order and maintain the domain under my ownership.~~

Plaintiff seeks no money damages. Plaintiff requests that the Court:

(a) declare, pursuant to 15 U.S.C. § 1114(2)(D)(v), that Plaintiff's registration and use of the domain name <editpad.org> is not unlawful under the Lanham Act;

(b) declare, pursuant to 28 U.S.C. §§ 2201–2202, that Plaintiff's registration and use of the domain name <editpad.org> does not infringe any trademark rights of Defendants and does not violate 15 U.S.C. § 1125(d);

(c) order, pursuant to 15 U.S.C. § 1114(2)(D)(v), that the domain name <editpad.org> be reactivated and restored to or maintained in Plaintiff's name, and enjoin Defendants from taking any step to enforce or give effect to the transfer ordered in Case No. CAC-UDRP-108805;

(d) order the cancellation of United States Registration No. 7947610 pursuant to 15 U.S.C. § 1119; [DELETE IF COUNT III IS NOT PURSUED]

(e) award Plaintiff his costs of suit; and

(f) grant such other and further relief as the Court deems just and proper.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07 September 2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff Ahmed Sattar

### B. For Attorneys

Date of signing: ________

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address