FILED LODGED
RECEIVED COPY
SEP 08 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY



# UNITED STATES DISTRICT COURT

for the

District of Arizona

Phoenix Division

| | |
|---|---|
| Ahmad Sattar<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>**-v-**<br>Jan Felix Goyvaerts<br>Just Great Software Co. Ltd<br>165/3 Moo 2, Rawal Phuket 83130<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. CV26-06308-PHX-ASB<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☒ No |

## FIRST AMENDED COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ahmad Sattar |
| Street Address | Unit 32a, 228 Birmingham Road |
| City and County | Bromsgrove, Worcestershire |
| State and Zip Code | B61 0DD, United Kingdom |
| Telephone Number | 07474755555 |
| E-mail Address | ma@cloudelaw.co.uk |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jan Felix Goyvaerts |
| Job or Title *(if known)* | Proprietor, Just Great Software |
| Street Address | 165/3 Moo 2, Rawal |
| City and County | Phuket |
| State and Zip Code | Phuket 83130, Thailand jg@jgsoft.com |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Just Great Software Co. Ltd |
| Job or Title *(if known)* | Company organised in Thailand |
| Street Address | 165/3 Moo 2, Rawal |
| City and County | Phuket |
| State and Zip Code | Phuket 83130, Thailand |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 U.S.C. § 1114(2)(D)(v) — civil action by a domain name registrant whose domain name has been
transferred under a registrar's dispute resolution policy, to establish that the registration or use of the domain name is not unlawful under the Lanham Act, 15 U.S.C. § 1051 et seq.
28 U.S.C. §§ 2201–2202 — Declaratory Judgment Act.
15 U.S.C. § 1119 — power of the court to determine the right to registration and to order cancellation.
Jurisdiction arises under 28 U.S.C. § 1331, 28 U.S.C. § 1338(a) and 15 U.S.C. § 1121. Venue is proper under 28 U.S.C. § 1391(b)(2) and § 1391(c)(3). Defendants are subject to the personal jurisdiction of this Court by reason of their submission to Mutual Jurisdiction under paragraph 3(b)(xiii) of the Rules for Uniform Domain Name Dispute Resolution Policy, the registrar of record being GoDaddy.com, LLC,
whose principal office is in Tempe, Arizona.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ______________________, is a citizen of the State of *(name)* ______________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. Or is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

______________________

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Plaintiff Ahmad Sattar is the registrant of record of the domain name <editpad.org> (the "Domain Name").

2. The Domain Name was first created on 30 November 2006. Plaintiff acquired the Domain Name, together with the website then operating at that address.

3. Since that acquisition Plaintiff has operated at the Domain Name an online text editing and notepad service available to members of the public.

4. Defendant Jan Felix Goyvaerts is the proprietor of United States trademark registration number 7947610 for the word mark EDITPAD in class 9, applied for on 13 January 2025 and registered on 16 September 2025. That registration is not incontestable within the meaning of 15 U.S.C. § 1065.

5. The term "editpad" is a compound of the ordinary English words "edit" and "pad" and is descriptive of online text editing goods and services.

6. On 2 July 2026 Defendant Goyvaerts commenced a proceeding under the Uniform Domain Name Dispute Resolution Policy (the "Policy") in respect of the Domain Name, administered by the Czech Arbitration Court Arbitration Center for Internet Disputes as Case No. CAC-UDRP-108805.

7. On 21 August 2026 the panel issued a decision ordering the Domain Name to be transferred to Defendant Goyvaerts. That decision is an administrative determination made on the papers by a private dispute resolution provider. It is not a judicial determination, has no preclusive effect in this Court, and this action proceeds de novo.

8. On 04 September 2026 Plaintiff notified the registrar of the commencement of this action in accordance with paragraph 4(k) of the Policy.

COUNT I — Declaratory relief under 15 U.S.C. § 1114(2)(D)(v)

10. Plaintiff repeats paragraphs 1 to 9. The Domain Name has been ordered transferred under a policy implemented by a registrar within the meaning of 15 U.S.C. § 1114(2)(D)(ii)(II), and Plaintiff is the registrant within the meaning of 15 U.S.C. § 1114(2)(D)(v).

11. Plaintiff's registration and use of the Domain Name is not unlawful under the Lanham Act. Plaintiff acquired the Domain Name for value and has used it for a genuine online text editing service. Plaintiff did not acquire or use the Domain Name with a bad faith intent to profit from any mark of Defendants within the meaning of 15 U.S.C. § 1125(d)(1)(A), and did not acquire or use it with intent to divert consumers, to sell it to Defendants, or to trade on Defendants' goodwill.

COUNT II — Declaratory judgment of non-infringement and non-cybersquatting

12. Plaintiff repeats paragraphs 1 to 11. An actual and continuing controversy of sufficient immediacy exists between the parties as to whether Plaintiff's registration and use of the Domain Name infringes any mark of Defendants under 15 U.S.C. §§ 1114 and 1125(a) or violates 15 U.S.C. § 1125(d).

13. Plaintiff's use of the Domain Name does not create a likelihood of confusion, mistake or deception as to the source, sponsorship or approval of Plaintiff's services, and Plaintiff has not represented any affiliation with Defendants.

COUNT III — Cancellation under 15 U.S.C. § 1119

14. Plaintiff repeats paragraphs 1 to 13. The term EDITPAD is descriptive of online text editing goods and services within the meaning of 15 U.S.C. § 1052(e)(1) and had not acquired distinctiveness among the relevant United States consuming public at the date of application or at the date of registration. Plaintiff is damaged by the continued registration of United States Registration No. 7947610.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks no money damages. Plaintiff requests that the Court:

(a) declare, pursuant to 15 U.S.C. § 1114(2)(D)(v), that Plaintiff's registration and use of the domain name <editpad.org> is not unlawful under the Lanham Act;

(b) declare, pursuant to 28 U.S.C. §§ 2201–2202, that Plaintiff's registration and use of the domain name <editpad.org> does not infringe any trademark rights of Defendants and does not violate 15 U.S.C. § 1125(d);

(c) order, pursuant to 15 U.S.C. § 1114(2)(D)(v), that the domain name <editpad.org> be reactivated and restored to or maintained in Plaintiff's name, and enjoin Defendants from taking any step to enforce or give effect to the transfer ordered in Case No. CAC-UDRP-108805;

(d) order the cancellation of United States Registration No. 7947610 pursuant to 15 U.S.C. § 1119;

(e) award Plaintiff his costs of suit; and

(f) grant such other and further relief as the Court deems just and proper.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07 September 2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff Ahmad Sattar

**B. For Attorneys**

Date of signing: ______________

Signature of Attorney ______________

Printed Name of Attorney ______________

Bar Number ______________

Name of Law Firm ______________

Street Address ______________

State and Zip Code ______________

Telephone Number ______________

E-mail Address ______________