AO 120 (Rev. 08/10)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 0 8 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ________ DEPUTY

TO: Mail Stop 8
Director of the U.S. Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

# REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **for the District of Arizona** on the following ☒ **Trademarks or** ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| CV26-06308-PHX-ASB | September 4, 2026 | District of Arizona — Phoenix Division<br>Sandra Day O'Connor U.S. Courthouse<br>401 West Washington Street, Phoenix, AZ 85003 |
| **PLAINTIFF** | **DEFENDANT** | |
| Ahmad Sattar<br>Unit 32a, 228 Birmingham Road, Bromsgrove,<br>Worcestershire B61 0DD, United Kingdom<br>(Plaintiff pro se) | Jan Felix Goyvaerts<br>Just Great Software Co. Ltd<br>165/3 Moo 2, Rawal, Phuket 83130, Thailand | |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 7947610 (EDITPAD, word mark, Class 9) | Registered September 16, 2025 | Jan Felix Goyvaerts |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| [DATE THE FIRST AMENDED COMPLAINT IS FILED] | ☒ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 7947610 (EDITPAD, word mark, Class 9) | Registered September 16, 2025 | Jan Felix Goyvaerts |
| 2 | | |

| | | |
|---|---|---|
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy

***Completion notes — delete before filing***

- Insert the filing date of the First Amended Complaint in the DATE INCLUDED box. If the clerk prefers a single report on the original filing only, delete the middle section ("have been included") and its table.
- The CLERK, DEPUTY CLERK, DATE and DECISION/JUDGEMENT boxes are completed by the court, not by the filing party. Leave them blank.
- Only the United States registration is listed. The EU and UK registrations relied on in the UDRP proceeding are not reportable under 15 U.S.C. § 1116(c).
- File as a separate docket event alongside the First Amended Complaint, and check the current D. Ariz. ECF procedures for the correct event name.