Case: 2:26-cv-06308-ASB

FILED LODGED
RECEIVED COPY

SEP 1 1 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ______ DEPUTY

Ahmad Sattar

Unit 32a, 228 Birmingham Rd
Bromsgrove, B61 0DD
UK

(Doc 11)

U.S. DISTRICT COURT CLERK'S OFFICE
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON STREET, SPC 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

RECEIVED
SEP 1 1 2026
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

RTS
P.DUZ

quadient
FIRST-CLASS MAIL
IMI
$001.98
09/09/2026 ZIP 85003
043M31237949
US POSTAGE

TO: