# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ahmad Sattar | Plaintiff |
| v. | |
| Jan Felix Goyvaerts and Just Great Software Co. Ltd | Defendants |
| Case No. CV26-06308-PHX-ASB | |

## DECLARATION OF PERSONAL SERVICE

I, Ekkarat Thamchanta declare that:

1. I am over 18 years of age and am not a party to these proceedings.

2. On 16 September 2026 at 17:50 Thailand time, I attended 165/3 Moo 2, Rawal, Phuket 83130, Thailand.

3. At that address, I personally hand-delivered the following documents:

a. Summons in a Civil Action addressed to Jan Felix Goyvaerts, together with a copy of the First Amended Complaint, .

b. Summons in a Civil Action addressed to Just Great Software Co. Ltd, together with a copy of the First Amended Complaint.

4. The above documents were personally hand-delivered at the address stated above.

I declare that the foregoing is true and correct.

Date: 16 September 2026

Signature: เอกรัตน์ ธรรมจันทา

Name: Ekkarat Thamchanta

Process Server

Address: 5/15 Village 8 Chalong Subdistrict, Mueang Phuket District, Phuket 83130

Telephone/Email: ops@absolute-investigation.com Tel. 076622000