Ahmad Sattar
Unit 32a 228 Birmingham Road, Bromsgrove,
Worcestershire, B61 0DD

Plaintiff Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ahmad Sattar,<br>Plaintiff,<br><br>v.<br><br>Jan Felix Goyvaerts and Just Great Software Co., Ltd.,<br>Defendants. | No. CV-26-06308-PHX-ASB<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Plaintiff Ahmad Sattar, appearing on his own behalf, respectfully moves this Court pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and LRCiv 7.3 for an order extending the time for Defendants to answer or otherwise respond to the Complaint by thirty (30) days, to and including 7 November 2026. In support of this Motion, Plaintiff states as follows:

1. Defendants were served with the Summons and Complaint on 16 September 2026.

2. The current deadline for Defendants to answer or otherwise respond to the Complaint is 7 October 2026, pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This Motion is made before the expiration of that period.

3. The parties are engaged in discussions directed at resolving this matter without further recourse to the Court. Those discussions have reached an advanced stage as to commercial terms, and the parties are presently preparing written settlement

documentation. A short extension will allow that process to be completed and may obviate the need for responsive pleadings and further motion practice altogether.

4. Plaintiff has conferred with Defendant Jan Felix Goyvaerts concerning this Motion. By email dated 23 September, Defendant confirmed that he does not oppose the relief sought and that the requested extension would be of assistance to him. This Motion is therefore unopposed.

5. Pursuant to LRCiv 7.3(a), Plaintiff confirms that no previous extension of time has been granted or requested in respect of the time for Defendants to answer or otherwise respond to the Complaint. This is the first such request.

6. This Motion is made in good faith and not for the purpose of delay. No party will be prejudiced by the relief sought. No scheduling order has been entered and no trial date or other case management deadline has been set that would be affected by the extension.

7. Good cause exists for the relief sought. The request is made before the existing period has expired, is the first such request, is of modest duration, and is directed at conserving the resources of the parties and of the Court while settlement is pursued.

8. Nothing in this Motion, and nothing in any order granting it, constitutes a waiver by any party of any claim, defense or objection otherwise available, including without limitation any defense or objection under Rule 12(b) of the Federal Rules of Civil Procedure as to jurisdiction over the person, venue, insufficient process or insufficient service of process, all of which are expressly reserved to Defendants.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order extending the time for Defendants to answer or otherwise respond to the Complaint to and including 07 November 2026.

A proposed form of Order is lodged herewith in accordance with LRCiv 7.1(b)(2).

RESPECTFULLY SUBMITTED this 28 day of September, 2026.

____________________________________________

Ahmad Sattar
Plaintiff Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that on 28 September 2026 I filed the foregoing Motion with the Clerk of the United States District Court for the District of Arizona, and that I served a true and correct copy of the foregoing upon:

Jan Felix Goyvaerts
165/3 Moo 2, Rawal, Phuket 83130, Thailand
jg@jgsoft.com

by Email on 28 September 2026.

____________________________________________

Ahmad Sattar