IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ahmad Sattar,<br>Plaintiff,<br><br>v.<br><br>Jan Felix Goyvaerts and Just Great Software Co., Ltd.,<br>Defendants. | No. CV-26-06308-PHX-ASB<br><br>**ORDER** |

Pending before the Court is Plaintiff's Unopposed Motion for Extension of Time for Defendants to Answer or Otherwise Respond to the Complaint (First Request). The Court having considered the Motion, noting that it is unopposed, and good cause appearing,

IT IS ORDERED granting the Motion.

IT IS FURTHER ORDERED that the time for Defendants to answer or otherwise respond to the Complaint is extended to and including 07 November 2026.