✓ FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 3 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ________________ DEPUTY

Enzipe UK Limited
c/o Ahmed Sattar
71-75 Shelton Street
Covent Garden
London, WC2H9JQ
UK

(Doc 22)

---

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

PHOENIX AZ 852
15 OCT 2026PM 1

RETURNED FOR 93 ¢
ADDITIONAL POSTAGE

quadient
FIRST-CLASS MAIL
IMI
$001.07⁰
10/14/2026 ZIP 85003
043M31237949
US POSTAGE

RECEIVED
OCT 2 3 2026
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA